Decided March 6, 2007

IRENE NOVAK *v.* RICHARD LEVIN ET AL.

The petition by the defendant David McCullough for certification for appeal from the Appellate Court (AC 27749) is granted, limited to the following issue:

"Did the Appellate Court properly grant the plaintiff's motions for reconsideration filed on November 6, 2006?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17857.

*Charles W. Fleischmann*, in support of the petition.

Decided March 6, 2007